JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RIOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TEKSYSTEMS, INC., a business entity, form unknown; MARYLAND TEKSYSTEMS, INC., a business entity, form unknown; TEKSYSTEMS GLOBAL SERVICES, LLC, a business entity, form unknown; ALLEGIS GROUP, INC., a business entity, form unknown; ALLEGIS GROUP HOLDINGS, INC., a business entity, form unknown; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV13-00048 R (FFMx)<br><br>**ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)**<br><br>Case Filed December 3, 2012<br>Ventura County Superior Court |

1.

1  GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the
2  above-captioned action be and hereby is dismissed with prejudice pursuant to Federal
3  Rules of Civil Procedure, Rule 41(a)(1).  Each party shall bear its own costs and
4  attorneys' fees.

6  **IT IS SO ORDERED.**

8  Dated:   August 1, 2013

   _____
10  HONORABLE MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE

11  Firmwide:122250035.1 045444.2170

1.